# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1742

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Nebraska. |
| Gregory Stanek, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: September 23, 2010
Filed: October 6, 2010

_____

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Gregory Stanek challenges the sentence the district court[1] imposed after he pleaded guilty to (1) conspiring to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing methamphetamine and 5 kilograms or more of a mixture or substance containing cocaine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846, and 18 U.S.C. § 2; (2) using and carrying a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. §§ 924(c)(1)(A); and (3) forfeiture under 18 U.S.C. § 924(d) and 28 U.S.C. §§ 2461

_____

[1]The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

and 5872. His counsel has moved to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the sentence is unreasonable. Having reviewed the district court's sentence for abuse of discretion as required under <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc), we conclude that the sentence is not unreasonable, <u>see</u> <u>United States v. Sicaros-Quintero</u>, 557 F.3d 579, 583 (8th Cir. 2009) (presumption of reasonableness to sentence at bottom of Guidelines range); <u>United States v. Watson</u>, 480 F.3d 1175, 1177 (8th Cir. 2007) (discussing abuse of discretion). Further, we have reviewed the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), and have found no non-frivolous issues for appeal.

Accordingly, we affirm the district court's judgment, and we grant counsel's motion to withdraw, subject to counsel informing appellant about procedures for seeking rehearing and filing a petition for certiorari.

_____